

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 29, 2011

BY HAND
The Honorable Paul E. Davison
United States Magistrate Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re:    <u>United States v. Sam Fanelli</u>, 11 Mag. 256

Dear Judge Davison:

      A sealed complaint was signed in the above matter on or about January 28, 2011, and the defendant was arrested that evening in White Plains, New York. Accordingly, the Government hereby respectfully requests that the complaint be unsealed.

      Thank you for your consideration of this matter.

                        Respectfully Submitted,

                        PREET BHARARA
                        United States Attorney

By: _____
      Anna M. Skotko
      Assistant United States Attorney
      (914) 993-1939

APPLICATION GRANTED

_____
Hon. Paul E. Davison, U.S.M.J.
1/29/11